FILED

APR 21 2008

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.

REGINALD PHILLIP WHITE,

        Defendant.

Mag. No. 08-273-m-01 (TFH)

## ORDER

This matter was presented to the Court as an emergency appeal by the United States of the order of detention issued today by the Magistrate Judge. Accordingly, it hereby is

**ORDERED** that the defendant be detained pending a hearing tomorrow morning at 9:30 a.m. when the Court will consider the United States' appeal on the record.

**SO ORDERED.**

April 21, 2008

_____
Thomas F. Hogan
Chief Judge